SALVATORE AMANNA, Appellant, *v.* THE VILLAGE OF MOUNT KISCO, Respondent.

*Amanna* v. *Village of Mount Kisco,* 170 App. Div. 954, affirmed.

(Argued February 1, 1918; decided February 15, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 30, 1915, *unanimously* affirming a judgment in favor of defendant entered upon a verdict in an action to recover a balance alleged to be due on a contract for the construction of sewers. The answer alleged payment and abandonment of the work by the plaintiff so that defendant was compelled to employ labor and procure materials to finish and complete the work.

*John C. Wait* for appellant.

*John M. Digney* and *Charles H. Banks* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, McLAUGHLIN and CRANE, JJ.